**Denied; and Opinion Filed April 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00425-CV

### IN RE REGINA JONES, Relator

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04128-K**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Myers

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its January 12, 2015 order granting the motion to compel relator's deposition and its March 26, 2015 order striking relator's pleadings and entering a default judgment against relator for discovery abuse. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude the relator has failed to establish a right to relief.

We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

/Lana Myers/
LANA MYERS
JUSTICE

150425F.P05